**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Jonathan Cataldo Bertanelli,           )
                                        )        CV 08-00854 PHX PGR (LOA)
                Plaintiff,              )
        vs.                             )
                                        )        ORDER
Donna A. Hudson, et al.,                )
                                        )
                Defendants.             )
_____    )

        The parties having filed a Stipulation to Dismiss (doc. #23) which is
sufficient to automatically effectuate the dismissal of this action with prejudice
pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order,
Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

        IT IS ORDERED that the Clerk of the Court shall terminate this action.

        DATED this 30th day of January, 2009.


                                    Paul G. Rosenblatt
                                    United States District Judge